**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Lewis Abdul Kalim Sibomana,<br><br>    Petitioner,<br><br>v.<br><br>Luis Rosa Jr.,[1] Nevada Southern Detention Center Warden,<br><br>    Respondent. | Case No.: 2:23-cv-00120-JAD-VCF<br><br>**Order Requiring a Motion to Proceed *In Forma Pauperis* or Payment of the Filing Fee** |

    Petitioner Lewis Abdul Kalim Sibomana, a federal prisoner, has submitted a petition for writ of habeas corpus under 28 U.S.C. § 2241.[2] Sibomana has not filed an application to proceed *in forma pauperis* (IFP) or paid the filing fee.[3] As a result, this matter has not been properly commenced. Rather than dismiss this action without prejudice, I give Sibomana 30 days to either pay the $5.00 filing fee or submit a complete IFP application with all required documentation.

    IT IS THEREFORE ORDERED that Sibomana has until February 25, 2023, to file an application for leave to proceed *in forma pauperis*, accompanied by a signed financial certificate and a statement of his inmate account. In the alternative, Sibomana can, within the time allotted,

---

[1] Luis Rosa Jr., the warden of the Nevada Southern Detention Center, is substituted for Christopher Chestnut as the respondent in this case. *See Rumsfeld v. Padilla*, 542 U.S. 426, 435 (2004) (holding that the default rule is that petitioner's current custodian is the proper respondent in habeas cases).

[2] ECF No. 1-1.

[3] *See* 28 U.S.C. § 1915(a)(2) and Local Rules LSR 1-1, 1-2.

pay the filing fee of five dollars from his inmate account and arrange to have a copy of this order attached to the check for the filing fee. Sibomana's failure to timely comply with this order will result in the dismissal of this action and denial of any motions without prejudice and without further advance notice.

    IT IS FURTHER ORDERED that the Clerk of the Court is directed to send Sibomana the form for an incarcerated person to file an application form to proceed *in forma pauperis*.

Dated: January 26, 2023

_____
U.S. District Judge Jennifer A. Dorsey